**Transferred case has been opened**
caed_cmecf_helpdesk   to: InterDistrictTransfer_CASD          04/30/2013 02:02 PM

```
CASE: 3:13-cv-00637

DETAILS: Case transferred from California Southern
has been opened in Eastern District of California - Live System
as case 2:13-cv-00843, filed 04/30/2013.
```